290 So.2d 206

**In re Houston SNIDER, Jr.**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 657.**

Supreme Court of Alabama.

Feb. 14, 1974.

William J. Baxley, Atty. Gen., and David Lee Weathers, Asst. Atty. Gen., for the State, petitioner.

No brief for respondent.

HARWOOD, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the

judgment and decision of that Court in Snider v. State, 52 Ala.App. 139, 290 So.2d 202.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.